# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| LACIE EDON, | |
| Plaintiff, | |
| v. | |
| PNC BANK, in its own capacity and as successor to NATIONAL CITY BANK, | |
| Defendant. | |

**1:24-cv-2195-TWP-KMB**

On the same day the Parties filed their Joint Request for Conference, [dkt. 14], the Court scheduled an Initial Pretrial Conference in this case with Judge Barr for **May 12, 2025 at 1:30 p.m. (Eastern)**, [dkt. 13]. Thus, the Parties' Motion is **GRANTED** to the extent that a conference has been scheduled but **DENIED** if they were seeking a separate conference to discuss the discovery stay dispute raised below. [Dkt. 14.] The Parties shall comply with the Initial Pretrial Conference Scheduling Order. [Dkt. 13.] To the extent that the Defendant believes that a stay of discovery is appropriate, Defendant shall file a motion to stay discovery ahead of the Initial Pretrial Conference. Further compliance with Local Rule 37-1 on that issue is not required. The undersigned does note, however, that a stay of discovery is typically not granted simply because a merits-based motion to dismiss has been filed in a case.

**KMB, MJ, 04/09/2025**

## JOINT REQUEST FOR CONFERENCE WITH
## MAGISTRATE JUDGE KELLIE M. BARR

Defendant PNC Bank, N.A. ("PNC" or "Defendant") and Plaintiff Lacie Edon ("Edon" or "Plaintiff") (together, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Request for Conference with Magistrate Judge Kellie M. Barr. In support thereof, the Parties state as follows:

1. On December 12, 2024, PNC removed Edon's Complaint from Superior Court of Hancock County, Indiana to the United States District Court for the Southern District of Indiana. ECF No. 1.

2. On December 13, 2024, PNC filed a Motion to Dismiss the Complaint ("Motion to Dismiss"). ECF No. 7.

3. On January 21, 2025, Edon filed her Opposition to PNC's Motion to Dismiss. ECF No. 10.

4. On February 3, 2025, PNC filed its Reply in support of its Motion to Dismiss. ECF No. 11.