# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

LACIE EDON,

           Plaintiff,

    v.                              Case No.: 1:24-cv-02195-TWP-KMB

PNC BANK, in its own capacity and as successor to NATIONAL CITY BANK,

           Defendant.

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS

    Mark D. Kundmueller of Troutman Pepper Locke LLP hereby withdraws his appearance as counsel for Defendant PNC Bank, N.A. ("PNC"), erroneously named herein as "PNC, in its own capacity and as successor to NATIONAL CITY BANK," in the above-captioned case and requests that he be removed from the CM/ECF noticing list and any other service lists in these cases.

Dated: May 9, 2025                          Respectfully submitted,

                                                    */s/ Mark D. Kundmueller*
                                                    Mark D. Kundmueller
                                                    TROUTMAN PEPPER LOCKE LLP
                                                    222 Central Park Avenue, Suite 2000
                                                    Virginia Beach, VA 23462
                                                    Telephone: (757) 687-7586
                                                    Mark.kundmueller@troutman.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2025, a copy of the foregoing *Notice of Withdrawal of Appearance of Mark D. Kundmueller of Troutman Pepper Locke LLP*, was filed with the Clerk of the Court using the ECF system, which will send notice to all counsel of record.

/s/ *Mark D. Kundmueller*
Mark D. Kundmueller

313688987