UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LACIE EDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-02195-TWP-KMB |
| | ) | |
| PNC BANK, IN ITS OWN CAPACITY AND AS | ) | |
| SUCCESSOR TO NATIONAL CITY BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY AND ORDER FROM INITIAL PRETRIAL CONFERENCE

The Parties, by counsel, appeared for an Initial Pretrial Conference on May 12, 2025, with Magistrate Judge Kellie M. Barr. The Case Management Plan submitted in this case is **APPROVED** as amended and will be entered as a separate order.

This matter is set for a Telephonic Status Conference on **July 22, 2025, at 10:30 a.m. (Eastern)**, with Magistrate Judge Kellie M. Barr. The Court will contact counsel through the Court's electronic filing system with the call-in information to be used to participate in the conference.

**SO ORDERED.**

Date: 5/13/2025

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email