IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LACIE EDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 1:24-cv-02195-TWP-KMB |
| | ) |
| PNC BANK, in its own capacity and as | ) |
| Successor to NATIONAL CITY BANK, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST**

Plaintiff, Lacie Edon ("Plaintiff") by counsel, submits the following Preliminary Witness and Exhibit List.

**A. WITNESSES**

1. Lacie Edon
2. Cheryl Edon
3. James Davis
4. Mary Benson
5. Representatives of PNC Bank, in its own capacity and as successor to National City Bank ("PNC Bank")
6. Any employee of PNC Bank who spoke with Plaintiff or her parents
7. Any person who withdrew funds belonging to Plaintiff
8. Any person identified in discovery
9. Any witness listed on Defendant's Witness and Exhibit List
10. Any witness discovered through further investigation and/or discovery
11. Any persons identified in documents produced by the parties
12. Any person identified in depositions taken in this case.

13. All persons needed for impeachment or rebuttal purposes

14. All witnesses needed to authenticate records

### B.  EXHBIITS

1. All bank records for any account in which Plaintiff's settlement funds were deposited

2. All communications between PNC Bank and Plaintiff or her parents

3. All settlement agreements related to the settlement funds paid to Plaintiff

4. All PNC Bank Documents related to UTMA accounts or similar accounts

5. All discovery responses, deposition transcripts, and pleadings in this matter

6. All documents discovered through further discovery

7. Any evidence needed for impeachment

                                          Respectfully submitted,

                                          WOOTON HOY, LLC

                                          */s/ Lewis S. Wooton*
                                          Lewis S. Wooton, #26650-49

Lewis S. Wooton
WOOTON HOY, LLC
13 N. State Street, Suite 241
Greenfield, IN 46140
(T) 317-318-1685
lewis@wootonhoylaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2025, a copy of the foregoing was served on all counsel of record by using the Court's IEFS System:

                                                /s/ Lewis S. Wooton
                                                LEWIS S. WOOTON

WOOTON HOY, LLC
13 N State St.
Greenfield, IN 46140
Telephone: (317) 318-1685