UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LACIE EDON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-02195-TWP-KMB |
| | ) | |
| PNC BANK, in its own capacity and as | ) | |
| Successor to NATIONAL CITY BANK | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT PNC BANK'S PRELIMINARY WITNESS AND EXHIBIT LISTS**

Defendant PNC Bank, by counsel, submits the following Preliminary Witness and Exhibit Lists pursuant to the Case Management Plan filed as ECF 23.

**Preliminary Witness List**

1. Lacie Edon

2. Cheryl Edon

3. Logan Edon

4. James E. Davis

5. Witnesses who are now or in the future disclosed or listed by Plaintiff and have relevant, discoverable information supporting PNC's defenses.

6. Employees and representatives of PNC.

7. Any relevant witnesses necessary to establish authentication or admissibility of exhibits.

8. Any expert witness, not otherwise objectionable, to be designated in accordance with any case-management schedule or deadline established by the Court.

9. Any person identified on Plaintiff's Witness and Exhibit List.

10. Any person identified through discovery or future/further investigation.

11. Any person identified in documents produced by the parties.

12. All persons needed for impeachment or rebuttal purposes.

## Preliminary Exhibit List

1. All bank records for the PNC Bank account in the name of Cheryl and Terry Edon;

2. All communications between PNC Bank and Cheryl and Terry Edon;

3. All account agreements between PNC Bank and Cheyrl and Terry Edon;

4. All account agreements between National City Bank and Cheryl and Terry Edon;

5. All communications between James E. Davis and Cheryl, Terry, and Lacie Edon;

6. All communications between Lacie Edon and Cheryl Edon;

7. All communications between Lacie Edon and Terry Edon;

8. All communications between Lacie Edon and Logan Edon;

9. All discovery responses, deposition transcripts, and pleadings in this matter;

10. Any documents produced through the course of discovery;

11. Any evidence needed for impeachment.

As the case is in its preliminary stages, with defense motions for Rule 12(b)(6) dismissal pending [ECF 6], PNC Bank expressly reserves the to amend or supplement the witness and exhibit lists.

Dated: May 1, 2025                              Respectfully submitted,

                                                /s/ *Andrew D. Dettmer*

DINSMORE & SHOHL LLP                            Andrew D. Dettmer, Atty. No. 35202-49
211 N. Pennsylvania Street                      Rachel S. Bir, Atty. No 36640-49
One Indiana Square, Suite 1800
Indianapolis, IN 46204
T.    (317) 639-6151
F.    (317) 639-6444

Andrew.Dettmer@Dinsmore.com                     *Counsel for Defendant PNC Bank*
Rachel.Bir@Dinsmore.com


### Certificate of Service

I certify that a copy of the foregoing was served on counsel of record via the Court's CM/ECF system on June 13, 2025.

                                                /s/ *Andrew D. Dettmer*
                                                Andrew D. Dettmer

3