IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LACIE EDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:24-cv-02195-TWP-KMB |
| ) | |
| PNC BANK, in its own capacity and as ) | |
| Successor to NATIONAL CITY BANK, ) | |
| ) | |
| Defendant. ) | |

### ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, Lacie Edon ("Edon"), by counsel, having filed her Motion for Leave to Amend Complaint, and the Court being advised, hereby GRANTS the motion. It is hereby ORDERED that Edon's Amended Complaint is deemed filed as of the date of this Order.

Date:_____

_____
Judge, Southern District of Indiana