IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LACIE EDON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Civil Action No. 1:24-cv-02195-TWP-KMB |
| PNC BANK, in its own capacity and as Successor to NATIONAL CITY BANK, | ) ) ) ) |
| Defendant. | ) ) |

## PLAINTIFF LACIE EDON'S NOTICE OF INITIAL ENLARGEMENT PURSUANT TO LOCAL RULE 6-1

Comes now the Plaintiff, Lacie Edon ("Edon"), by counsel, and for her Notice of Initial Enlargement Time to Respond to Defendant's Interrogatories and Request for Production of Documents, states as follows:

1. Edon was served with Defendant's written discovery requests on June 13, 2025

2. Edon's original deadline to provide its responses is up to and including July 14, 2025, and such date has not passed.

3. Edon hereby requests a twenty-eight (28) day enlargement of time to provide discovery responses, up to and including August 11, 2025.

4. The undersigned counsel has inquired by email whether Defendant has any objection to this request, and there is no objection.

5. The enlargement sought herein will not affect any other case deadlines or prejudice any party.

WHEREFORE, Plaintiff, Lacie Edon, by counsel, prays for an additional twenty-eight (28) days in which to answer or otherwise respond to Defendant's Written Discovery Requests, through and including August 11, 2025, and for all other just and proper relief in the premises.

/s/ Lewis S. Wooton
LEWIS S. WOOTON, #26650-49

Counsel Lacie Edon

WOOTON HOY, LLC
13 N. State Street, Suite 241
Greenfield, IN 46140
Phone: (317) 318-1685

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025, a copy of the foregoing was served on all counsel of record by using the Court's IEFS System:

                                        /s/ Lewis S. Wooton
                                        LEWIS S. WOOTON

WOOTON HOY, LLC
13 N State St.
Greenfield, IN 46140
Telephone: (317) 318-1685