# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| LACIE EDON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PNC BANK, in its own capacity and as )<br>Successor to NATIONAL CITY BANK, )<br>)<br>Defendant. ) | Civil Action No. 1:24-cv-02195-TWP-KMB |

## ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT

Plaintiff, Lacie Edon ("Edon"), by counsel, having filed her Motion for Leave to Amend Complaint, and the Court being advised, hereby **GRANTS** the motion. [Dkt. 29.] Plaintiff is hereby **ORDERED** to file the Amended Complaint as proposed **within five (5) days** of the date of this Order.

Date: 7/21/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution: All counsel of record via CM/ECF