UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LACIE EDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-02195-TWP-KMB |
| | ) | |
| PNC BANK, IN ITS OWN CAPACITY AND AS SUCCESSOR TO NATIONAL CITY BANK, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY AND ORDER FROM TELEPHONIC STATUS CONFERENCE

The Parties, by counsel, appeared for a Telephonic Status Conference on July 22, 2025, with Magistrate Judge Kellie M. Barr. The Court and counsel discussed discovery progress and overall case status. The Court and counsel also discussed the proper timing of a settlement conference, which will be scheduled by separate order.

Counsel jointly reported that although Plaintiff was recently granted leave to amend her Complaint, the forthcoming Amended Complaint, [dkts. 29-1; 32], does not moot or affect Defendant's fully-briefed Motion to Dismiss, [dkt. 6]. Thus, the Parties ask that the pending Motion to Dismiss remain a live motion such that the Parties need not re-brief it in response to Plaintiff's Amended Complaint. The undersigned indicated that this Minute Entry would reflect the Parties' request but emphasized that decision would be made by the District Judge, since the dispositive motion at issue is pending before the District Judge.

No additional orders were issued.

Date: 7/22/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Rachel Suzon Bir
Dinsmore & Shohl LLP
rachel.bir@dinsmore.com

Andrew David Dettmer
Dinsmore & Shohl LLP - Indianapolis
andrew.dettmer@dinsmore.com

Mark D. Kundmueller
Troutman Pepper Locke LLP
mark.kundmueller@troutman.com

Lewis S. Wooton
WOOTON HOY, LLC
lewis@wootonhoylaw.com