IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LACIE EDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 1:24-cv-02195-TWP-KMB |
| | ) |
| PNC BANK, in its own capacity and as | ) |
| Successor to NATIONAL CITY BANK, | ) |
| | ) |
| Defendant. | ) |

## DEMAND FOR JURY TRIAL

Comes now the Plaintiff, Lacie Edon ("Edon"), by counsel, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, hereby demands a jury trial on all issues so triable.

Respectfully submitted,

WOOTON HOY LLC


/s/ Lewis S. Wooton
LEWIS S. WOOTON, #26650-49
Counsel Lacie Edon

WOOTON HOY, LLC
13 N. State Street, Suite 241
Greenfield, IN 46140
Phone: (317) 318-1685

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 12, 2025, a copy of the foregoing was served on all counsel of record by using the Court's electronic filing system.

                                            /s/ Lewis S. Wooton
                                           LEWIS S. WOOTON

WOOTON HOY, LLC
13 N State St.
Greenfield, IN 46140
Telephone: (317) 318-1685