**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| LACIE EDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-02195-TWP- |
| | ) KMB |
| PNC BANK, in its own capacity and as | ) |
| successor to NATIONAL CITY BANK | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83-7(c), Defendant PNC Bank, N.A., respectfully provides notice

to the Court that Nicholas R. Burris, State Bar No. 38146-49, substitutes his appearance as counsel

of record for Defendants in place of Rachel S. Bir, State Bar No. 36640-49.

Nicholas R. Burris' information is as follows:

Nicholas R. Burris, #38146-49

DINSMORE & SHOHL LLP
211 N. Pennsylvania Street
One Indiana Square, Suite 1800
Indianapolis, IN 46204
T.      (317) 639-6151
F.      (317) 639-6444
Nicholas.Burris@Dinsmore.com

Andrew Dettmer, State Bar No. 35202-49, remains counsel of record for the Defendant.

Respectfully submitted,

*/s/ Rachel S. Bir*

*/s/ Nicholas R. Burris*

Andrew D. Dettmer, Atty No. 35202-49
Rachel S. Bir, Atty No. 36640-49
Nicholas R. Burris, Atty No. 38146-49
DINSMORE & SHOHL LLP
One Indiana Square, Suite 1800
211 North Pennsylvania Street
Indianapolis, Indiana 46204
Phone: (812) 759-5915
Fax: (317) 636-6444

*Counsel for Defendant PNC Bank, N.A.*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was duly served on the Court's CM/ECF system this 11th day of September, 2025, which sent notice to all recipients.

*/s/ Rachel S. Bir*

*/s/ Nicholas R. Burris*