# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LACIE EDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:24-cv-02195-TWP-KMB |
| | ) | |
| PNC BANK, in its own capacity and as successor to NATIONAL CITY BANK | ) ) ) ) | |
| Defendant. | ) ) | |

**Acknowledged**
TWP
September 15, 2025

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83-7(c), Defendant PNC Bank, N.A., respectfully provides notice to the Court that Nicholas R. Burris, State Bar No. 38146-49, substitutes his appearance as counsel of record for Defendants in place of Rachel S. Bir, State Bar No. 36640-49.

Nicholas R. Burris' information is as follows:

> Nicholas R. Burris, #38146-49
>
> DINSMORE & SHOHL LLP
> 211 N. Pennsylvania Street
> One Indiana Square, Suite 1800
> Indianapolis, IN 46204
> T.      (317) 639-6151
> F.      (317) 639-6444
> Nicholas.Burris@Dinsmore.com

Andrew Dettmer, State Bar No. 35202-49, remains counsel of record for the Defendant.

Respectfully submitted,

*/s/ Rachel S. Bir*

*/s/ Nicholas R. Burris*

Andrew D. Dettmer, Atty No. 35202-49
Rachel S. Bir, Atty No. 36640-49
Nicholas R. Burris, Atty No. 38146-49
DINSMORE & SHOHL LLP
One Indiana Square, Suite 1800
211 North Pennsylvania Street
Indianapolis, Indiana 46204
Phone: (812) 759-5915
Fax: (317) 636-6444

*Counsel for Defendant PNC Bank, N.A.*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was duly served on the Court's CM/ECF system this 11th day of September, 2025, which sent notice to all recipients.

*/s/ Rachel S. Bir*

*/s/ Nicholas R. Burris*