IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LACIE EDON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Civil Action No. 1:24-cv-02195-TWP-KMB |
| PNC BANK, in its own capacity and as successor to NATIONAL CITY BANK | ) ) ) ) |
| Defendant. | ) ) |

**ORDER GRANTING AGREED MOTION TO EXTEND**
**DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

This matter is before the Court on the Parties' Joint Motion to Extend the Discovery and Dispositive Motions Deadlines.

The Court being duly advised in the premises and for good cause shown, find that the Request should be **GRANTED**. [Dkt. 41.]

IT IS THEREFORE ORDERED that the deadlines listed below are amended as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Non-expert Witness Discovery and Liability Discovery | September 12, 2025 | November 11, 2025 |
| Dispositive Motions Deadline | November 12, 2025 | January 12, 2026 |
| Expert Witness Discovery | April 14, 2026 | April 14, 2026 |

Per CMP IV.B -- On or before **November 19, 2025**, and consistent with the certification provisions of Fed. R. Civ. P. 11(b), the party with the burden of proof shall file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based.

SO ORDERED.

Date: 9/15/2025

*Kellie M. Barr*

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Counsel of record via CM/ECF